IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-CR-36-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| SCOTT DOUGLAS BROWNING | ) |

**ORDER TO SEAL**

Defendant's MOTION TO SEAL his notice of change of address is hereby Allowed.

So ordered, this the ___26___ day of April, 2018.

_____
United States District Judge