UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-36-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| Scott Douglas Browning ) | **ORDER** |
| Defendant. ) | |

This matter is before the Court on Defendants unopposed motion to extend the pretrial motions deadlines and to continue the arraignment and trial. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including **June 8,** 2018 to file said motions.

The government shall have 14 days to file it's responses to said motions. The arraignment in this matter shall be continued to the Court's _August_, 2018 term of court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This the _3_ day of May, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE