IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-CR-36-1BO

UNITED STATES OF AMERICA )
)
versus )
)
SCOTT DOUGLAS BROWNING )

**ORDER TO SEAL**

Defendant's MOTION TO SEAL DE 41 is hereby Allowed.

So ordered, this the ___7___ day of Sept, 2018.

_____
United States District Judge